IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUPER INTERCONNECT TECHNOLOGIES LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 19-169 (CFC)<br>) |
| HP INC., | )<br>)<br>) |
| Defendant. | ) |

## DEFENDANT HP INC.'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant HP Inc. ("HP") hereby moves to dismiss Plaintiff Super Interconnect Technologies LLC's Complaint (D.I. 1) for failure to state a claim upon which relief may be granted. The grounds for this motion are set forth in HP's opening brief, filed herewith.

OF COUNSEL:

Daniel J. Goettle
BAKER & HOSTETLER LLP
2929 Arch Street
Cira Centre, 12th Floor
Philadelphia, PA 19104
(215) 568-3100

Cory C. Davis
Theresa M. Weisenberger
BAKER & HOSTETLER LLP
1170 Peachtree Street, Suite 2400
Atlanta, GA 30309
(404) 459-0050

Jennifer M. Kurcz
BAKER & HOSTETLER LLP
191 North Wacker Drive, Suite 3100
Chicago, IL 60606
(312) 416-6200

April 4, 2019

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jennifer Ying*

Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant HP Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 4, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 4, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Jeffrey R. Bragalone, Esquire<br>T. William Kennedy, Esquire<br>Brian P. Herrmann, Esquire<br>BRAGALONE CONROY PC<br>2200 Ross Avenue, Suite 4500W<br>Dallas, TX  75201<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*
_____
Jennifer Ying (#5550)