IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SUPERINTERCONNECT TECHNOLOGIES LLC<br><br>Plaintiff,<br><br>v.<br><br>HP INC.,<br><br>Defendant. | Civil Action No. 19-0169-CFC |

## **O R D E R**

At Wilmington this 18th day of December 2019:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant HP Inc.'s Motion to Dismiss (D.I. 9) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE